**Order entered January 4, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00936-CV

**DIANA CONVENIENCE, LLC, ET AL., Appellants**

**V.**

**DOLLAR ATM, LLC, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-02331-2019**

## ORDER

Before the Court is the December 30, 2020 request of Denise Condran, Official Court Reporter for County Court at Law No. 4, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **January 29, 2021**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE